FILED

06/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0594

IN THE SUPREME COURT OF THE STATE OF MONTANA

Cause No. DA 20-0594

TOWN OF EKALAKA,

Plaintiff/Appellee,

v.

EKALAKA VOLUNTEER FIRE
DEPARTMENT, INC.

Defendant/Appellant.

ORDER GRANTING MOTION FOR
EXTENSION OF TIME

Albert R. Batterman as attorney for the Appellee, has filed a Motion requesting a thirty (30) day extension of time in which to file their opening brief, which is due on June 19, 2021.

Albert R. Batterman has certified to the Court that he has contacted the attorneys for the Appellants and they have no objection to the requested extension.

1

WHEREFORE, pursuant to Rule 26(1), M.R.App.P., the Appellees are granted an extension to file their reply brief, up to and including July 19, 2021.

DATED this _____ day of June, 2021.

_____

Justice, Montana Supreme Court

cc: Batterman, Lawellin, Dinwiddie

2

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 8 2021